# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 25-297** |
| **LUIS FERNANDO MARTINEZ** | : | |

## ORDER

AND NOW, this 24th day of October, 2025, upon consideration of the government's Motion to Dismiss the Indictment in the above captioned case, it is hereby:

ORDERED

that the Motion is GRANTED and the above indictment is DISMISSED without prejudice.

BY THE COURT:

/s/Joel H. Slomsky, J.
THE HONORABLE JOEL H. SLOMSKY
*Senior Judge, United States District Court*